UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BILLY HERNANDEZ, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 09-11959-JLT |
| MICHAEL ASTRUE, | * |
| Defendant. | * |

ORDER

May 31, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the May 12, 2011 Report and Recommendation [#18] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Magistrate Judge Bowler's order on Defendant's <u>Motion for Entry of Judgment</u> [#14] and her entry of final judgment [#16] are VACATED as void for lack of jurisdiction.

2. Defendant's <u>Motion for Entry of Judgment</u> [#14] is ALLOWED.

3. Plaintiff's <u>Motion to Reverse the Decision of the Commissioner of Social Security</u> [#11] is DENIED WITHOUT PREJUDICE.

4. Pursuant to 42 U.S.C. § 405(g),[1] this action is REVERSED and REMANDED to the Commissioner.

---

[1] 42 U.S.C. § 405(g) ("The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.").

5. This case is CLOSED.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro  
United States District Judge